# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KORNERSTONE CUSTOM BUILDERS, LLC, | : | Case No. 4:15-CV-2067 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| DENNIS GORG CONTRACTING, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of November 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants Dennis Gorg and Dennis Gorg Contracting, LLC's Motion to Enforce Settlement (ECF No. 88) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge